## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRIAN KITTS,<br>1266 Oakshire Court<br>Walnut Creek, California 94598<br><br>        Plantiff,<br><br>   v.<br><br>UNCRATE LLC,<br>425 Walnut Street, Suite 1800<br>Cincinnati, Ohio 45202<br><br>        Defendant. | Civil Action No. 1:25-cv-21<br><br>**JURY TRIAL DEMAND** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Now comes Plantiff, Brian Kitts, through counsel, who hereby alleges against Defendant, Uncrate LLC ("Uncrate"), as follows:

## INTRODUCTION

1.    This action concerns Uncrate's unauthorized use and infringement of Kitts' copyrights for photographs. Kitts is a photographer who showcases his portfolio of photographs online at his website located at https://briankittsvisuals.com (the "Kitts Website"). Mr. Kitts is the exclusive owner of numerous valid U.S. copyrights for the images displayed on the Kitts Website. For instance, Kitts registered the following images displayed on his Website with the U.S. Copyright Office on September 21, 2023, which were collectively granted under Registration Number VA 2-366-185 (collectively, the "Copyrighted Images":





2.  At least as early as June 6, 2024, Uncrate began displaying some four (4) of the Copyrighted Images on its website without Kitts' permission, as shown below:

| Original Kitts Image | Infringing Uncrate Image |
|---|---|
|  [81EagleRidgePlace_BKSM_08092023_34.jpg] | |



[81EagleRidgePlace_BKSM_08092023_10.jpg]

[81EagleRidgePlace_BKSM_08092023_20.jpg]

[81EagleRidgePlace_BKSM_08092023_22.jpg]

These images remain on display on Uncrate's website at the following link https://uncrate.com/behring-estate/ ("Uncrate's Website") as of the date and time of the filing of this Complaint.

3.     Kitts is entitled to actual damages caused by Uncrates' unauthorized use of his Copyrighted Images. Alternatively, Kitts is entitled to elect an award of statutory damages in an amount up to $30,000 per infringement. Further, the Copyright Act authorizes an award of enhanced statutory damages in an amount up to $150,000 per infringement for a willful violation of one's copyrights.

4.     Kitts is also entitled to injunctive relief ordering Uncrate to remove the Copyrighted Images from Uncrate's Website and to cease and desist from any further, unauthorized reproductions of the Copyrighted Images. Unless enjoined, Uncrate's infringement of Kitts' Copyrighted Images will continue to damage the market value of the Copyrighted Images and irreparably harm Kitts.

**PARTIES, JURISDICTION, AND VENUE**

5.     Kitts is an individual citizen of the State of California, residing at 1266 Oakshire Ct., Walnut Creek, California 94598.

6.     Uncrate is, on information and belief, a limited liability company incorporated in the State of Ohio, and maintaining a principal place of business at 425 Walnut Street, Cincinnati, Ohio 45202.

7.     The amount in controversy in this matter is in excess of $75,000, exclusive of costs, interest, or attorneys' fees.

8.     This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331, 1332, 1338, 2201, and 2202, and 15 U.S.C. § 1121. This case primarily involves

4

a federal question. Complete diversity of citizenship also exists, and the amount in controversy exceeds $75,000.

9.     This Court may exercise personal jurisdiction over Uncrate because it is incorporated in the State of Ohio, and maintains a principal place of business in the State of Ohio and this district.

10.     Venue is proper in this Court under 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to Kitts' claim occurred in this judicial district.

## STATEMENT OF FACTS

11.     Kitts has expended considerable time and expense in creating and protecting the Copyrighted Images.

12.     Kitts owns the U.S. copyrights in the original and creative selection, coordination and arrangement of the photographs comprising the Copyrighted Images.

13.     The Copyrighted Images are subject to U.S. Copyright Office registration. A true and correct copy of the Copyright Registration for a Group of Published Photographs, VA 2-366-185, which includes the individual photographs of the Copyrighted Images, is attached hereto as **Exhibit A**.

14.     Kitts is the author and creator of the selection, coordination, and arrangement of the design elements included in the Copyrighted Images.

15.     The selection, coordination, and arrangement of the design elements included in each of the Copyrighted Images are original works of authorship.

16.     Kitts is the owner of valid copyrights in the works covered by the U.S. Copyright Office Registration Number VA 2-366-185 for the Copyrighted Images.

17.     Kitts has been the sole owner of all rights, title, and interest in and to the Copyrighted Images at all times since their creation.

5

18.     The U.S. Copyright Office registration for the Copyrighted Images is sufficient to establish a valid copyright in each of the Copyrighted Images and that Kitts is the owner of those copyrights.

19.     Uncrate reproduced the Copyrighted Images and has continuously displayed them publicly and without Kitts' permission since as early as June 6, 2024 on the Uncrate Website.

20.     Uncrate's unauthorized reproduction(s) of the Copyrighted Images appear to be exact or near-exact copies.

21.     Since learning of Uncrate's infringing acts on or about June 6, 2024, Counsel for Kitts has attempted to contact Uncrate to resolve this dispute without the Court's intervention on at least three (3) occasions by sending cease and desist letters to email and physical addresses associated with Uncrate.

22.     Uncrate has not responded to any communications from Kitts.

## COUNT I— FEDERAL COPYRIGHT INFRINGEMENT
### (COPYRIGHT ACT, 17 U.S.C. § 501)

23.     Kitts re-alleges and incorporates by reference all allegations contained in paragraphs 1-18 of this Complaint as though fully stated herein.

24.     The Copyrighted Images are and include pictorial works within the meaning of 17 U.S.C. §§ 101 and 102(a)(5).

25.     The Copyrighted Images are original, creative works of expression fixed in a tangible medium from which they can be perceived, and are subject to full protection under the Copyright Act.

26.     The photographs covered by the Copyrighted Images are works of authorship involving photographic elements created or selected by Kitts and then coordinated and arranged by Kitts to express an aesthetic concept conceived by Kitts.

27. Kitts is the exclusive owner of all rights, title, and interest in and to the Copyrighted Images, and owns U.S. Copyright Office Registration Number VA 2-366-185 for the Copyrighted Images.

28. Uncrate reproduced and published identical and/or substantially similar photographs to the Copyrighted Images on Uncrate's Website.

29. Uncrate reproduced the Copyrighted Images, and/or created derivative works thereof, and have advertised, displayed, distributed, and offered for sale the underlying subject matter of the Copyrighted Images, the Behring Estate, in the United States, abroad, and on the Internet.

30. On information and belief, Uncrate had full knowledge of Kitts' rights in the works covered by the Copyrighted Images at the time Uncrate copied them.

31. On information and belief, Uncrate was aware that their acts constituted infringement of the Copyrighted Images.

32. On information and belief, Uncrate had reason to believe that their acts constituted an infringement of the Copyrighted Images.

33. The photographs covered by the Copyrighted Images and Uncrate's opportunity to view and copy those works are connected by a chain of events.

34. The photographs covered by the Copyrighted Images are, and have been, publicly disseminated.

35. Uncrate committed all of the acts alleged herein without Kitts' authorization, permission, license, or consent.

36.     By reproducing, creating a derivative work, distributing, publicly displaying, and/or otherwise using the Copyrighted Images without Kitts' consent, Uncrate has infringed on Kitts' exclusive rights in the Copyrighted Images, and have violated § 501 of the Copyright Act.

37.     Uncrate's actions in reproducing, creating a derivative work, distributing, selling, and/or otherwise using photographic design elements and the overall imagery protected by the Copyrighted Images on Uncrate's Website uses identical images and/or are substantially similar images overall to the works covered by the registration for the Copyrighted Images.

38.     On information and belief, Uncrate's actions, taken without Kitts' authorization, permission, license, or consent, injures, or injured, Kitts' commercial interest in his reputation and/or reduced Kitts' income through lost sales and/or license fees.

39.     The economic and reputational injuries to Kitts of the infringement flow directly from Uncrate's infringement of Kitts' rights in the Copyrighted Images.

40.     The economic and reputational injuries occur due to Uncrate's use, without Kitts' consent, of images that are identical and/or substantially similar in overall design to the photographic designs protected by the registration for the Copyrighted Images.

41.     Uncrate willfully infringed on Kitts' copyrights in the Copyrighted Images.

42.     Upon information and belief, Uncrate has benefited from the infringement of Kitts' Copyrighted Images through the profits generated by clicks and advertising of the Behring Estate on Uncrate's Website.

43.     Uncrate's wrongful actions continue to deprive Kitts of his rights and benefits in the Copyrighted Images, which include the exclusive right to use, reproduce, distribute, sell, and create derivative works using the photographic images protected by the Copyrighted Images.

44.     Unless enjoined by the Court, Uncrate will continue to wrongfully use and infringe on the Copyrighted Images by continuing to distribute and profit from the advertisement and offer for sale of the Behring Estate real estate property.

45.     As the direct and proximate result of Uncrate's infringement of the Copyrighted Images, Kitts has suffered, and will continue to suffer, monetary damages, and irreparable injury to its businesses, reputations, and goodwill.

46.     Kitts is entitled to injunctive relief and an award of statutory damages for Uncrate's infringement and/or Kitts' actual damages and Uncrate's profits directly or indirectly attributable to such infringement and related reasonable attorneys' fees.

## DEMAND FOR JUDGMENT

WHEREFORE, as to his Claim, Kitts respectfully prays that this Court enter judgment in its favor and against Uncrate, and relief as follows:

1)     A preliminary and permanent injunction prohibiting Uncrate, and where applicable, employees, officers, directors, agents, successors, and assigns of Uncrate, and any other person or entity in active concern or participation with Uncrate, from:

> (a)     reproducing, using, publicly displaying, or creating any work, including but not limited to any derivative works with designs identical or substantially similar to any of the Copyrighted Images; and
>
> (b)     engaging in any other conduct which will cause, or is likely to use, without authorization from Kitts, any of the Copyrighted Images.

2)     A mandatory injunction requiring Uncrate to immediately do the following:

> a)     disable and destroy all copies and unauthorized reproductions and public displays of the Copyrighted Images; and
>
> b)     file with the Court and serve upon Kitts within thirty (30) days after entry of the mandatory injunction a report in writing and signed under oath by respective corporate officers of Uncrate setting forth in detail the manner and form in which each Uncrate has complied with each of the terms of the Order entered by this Court in this matter, pursuant to 15 U.S.C. § 1116.

3)      Judgment against Uncrate, for their infringement under the Copyright Act, 17 U.S.C. §§106 and 501, and for the willful, intentional and purposeful disregard and indifference to Kitts' rights. Kitts is therefore entitled to actual damages and Uncrate's profits attributable to the infringement, pursuant to 17 U.S.C. §504(b), including an accounting of said actual damages and profits. Alternatively, pursuant to 17 U.S.C. §504(c)(1), Kitts may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of up to $30,000 in statutory damages per work, for all infringements involved in this action for which Uncrate is liable, and respectfully prays the Court enter judgment against Uncrate for the same. Additionally, pursuant to 17 U.S.C. §504(c)(2), upon proving Uncrate's infringement was committed willfully for all the reasons stated herein and for other reasons which may yet be discovered, Kitts respectfully prays the Court use its discretion to increase the award of statutory damages to a sum not more than $150,000. Further, Kitts is entitled to his reasonable attorneys' fees and full costs pursuant to 17 U.S.C. §505 and otherwise according to law. Further, as a direct and proximate result of the violations of the Copyright Act, Kitts has sustained, and will continue to sustain, substantial, immediate and irreparable injury for which there is no adequate remedy at law, such that damages should include permanent injunctive relief.

4)      Such other and further preliminary and final relief that the Court deems just, equitable and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff Kitts demands a trial by jury on all issues for which a trial by jury may be had.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*/s/ Manuel D. Cardona*

Manuel D. Cardona (0098079)
180 E. Broad Street, Suite 3400
Columbus, OH 43215-3707
Email: MCardona@dickinsonwright.com
Telephone: (614) 591-5468
Facsimile: (844) 670-6009

John S. Artz (*pro hac vice forthcoming*)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Email: JSArtz@dickinsonwright.com
Telephone: (248) 433-7262
Facsimile: (844) 670-6009

Kevin D. Everage (*pro hac vice forthcoming*)
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Email: KEverage@dickinsonwright.com
Telephone: (702) 550-4426
Facsimile: (844) 670-6009

*Attorneys for Plaintiff Brian Kitts*

4927-9146-3184 v1 [104256-13]

# EXHIBIT A

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-366-185

**Effective Date of Registration:**
September 21, 2023
**Registration Decision Date:**
October 16, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 26, 2023 to September 11, 2023

### Title 

| | |
|---|---|
| **Title of Group:** | Brian Kitts Visuals - 2023 Q3 |
| **Number of Photographs in Group:** | 275 |

- **Individual Photographs:** 163Dipsea_20230626_BKV_023, 163Dipsea_20230626_BKV_001, 163Dipsea_20230626_BKV_002, 163Dipsea_20230626_BKV_003, 163Dipsea_20230626_BKV_004, 163Dipsea_20230626_BKV_005, 163Dipsea_20230626_BKV_006, 163Dipsea_20230626_BKV_007, 163Dipsea_20230626_BKV_008, 163Dipsea_20230626_BKV_009, 163Dipsea_20230626_BKV_010, 163Dipsea_20230626_BKV_011, 163Dipsea_20230626_BKV_012, 163Dipsea_20230626_BKV_013, 163Dipsea_20230626_BKV_014, 163Dipsea_20230626_BKV_015, 163Dipsea_20230626_BKV_016, 163Dipsea_20230626_BKV_017, 163Dipsea_20230626_BKV_018, 163Dipsea_20230626_BKV_019, 163Dipsea_20230626_BKV_020, 163Dipsea_20230626_BKV_021, 163Dipsea_20230626_BKV_022, 163Dipsea_20230626_BKV_024, 163Dipsea_20230626_BKV_025, 163Dipsea_20230626_BKV_026, 163Dipsea_20230626_BKV_027, 163Dipsea_20230626_BKV_028, 163Dipsea_20230626_BKV_029, 163Dipsea_20230626_BKV_030, 163Dipsea_20230626_BKV_031, 163Dipsea_20230626_BKV_032, 163Dipsea_20230626_BKV_033, 163Dipsea_20230626_BKV_034, 163Dipsea_20230626_BKV_035, 163Dipsea_20230626_BKV_036, 163Dipsea_20230626_BKV_037, 163Dipsea_20230626_BKV_038, TidalHouseViews_062823_BKV_014, TidalHouseViews_062823_BKV_013, TidalHouseViews_062823_BKV_012, TidalHouseViews_062823_BKV_011, TidalHouseViews_062823_BKV_010

  **Published:** June 2023

- **Individual Photographs:** 2765UnionSt_BKV_072323_016, 2765UnionSt_BKV_072323_017, 2765UnionSt_BKV_072323_018, 2765UnionSt_BKV_072323_019, 2765UnionSt_BKV_072323_020, 2765UnionSt_BKV_072323_021, 2765UnionSt_BKV_072323_022, 2765UnionSt_BKV_072323_034, 2765UnionSt_BKV_072323_023, 2765UnionSt_BKV_072323_024, 2765UnionSt_BKV_072323_025, 2765UnionSt_BKV_072323_010, 2765UnionSt_BKV_072323_012, 2765UnionSt_BKV_072323_013, 2765UnionSt_BKV_072323_014, 2765UnionSt_BKV_072323_015, 2765UnionSt_BKV_072323_026, 2765UnionSt_BKV_072323_027,

2765UnionSt_BKV_072323_028, 2765UnionSt_BKV_072323_029,
2765UnionSt_BKV_072323_030, 2765UnionSt_BKV_072323_031,
2765UnionSt_BKV_072323_032, 2765UnionSt_BKV_072323_033,
2765UnionSt_BKV_072323_035, 2765UnionSt_BKV_072323_036,
2765UnionSt_BKV_072323_037, 2765UnionSt_BKV_072323_038,
2765UnionSt_BKV_072323_039, 2765UnionSt_BKV_072323_040,
2765UnionSt_BKV_072323_041, 2765UnionSt_BKV_072323_042,
2765UnionSt_BKV_072323_001, 2765UnionSt_BKV_072323_002,
2765UnionSt_BKV_072323_003, 2765UnionSt_BKV_072323_004,
2765UnionSt_BKV_072323_005, 2765UnionSt_BKV_072323_006,
2765UnionSt_BKV_072323_007, 2765UnionSt_BKV_072323_008,
2765UnionSt_BKV_072323_009, 2765UnionSt_BKV_072323_011

**Published:** July 2023

- **Individual Photographs:** 2425Francisco_BKV_080923_007, 2425Francisco_BKV_080923_008,
2425Francisco_BKV_080923_009, 2425Francisco_BKV_080923_010,
81EagleRidgePlace_BKSM_08092023_01,
81EagleRidgePlace_BKSM_08092023_10,
81EagleRidgePlace_BKSM_08092023_38,
81EagleRidgePlace_BKSM_08092023_39,
81EagleRidgePlace_BKSM_08092023_40,
81EagleRidgePlace_BKSM_08092023_41,
81EagleRidgePlace_BKSM_08092023_43,
81EagleRidgePlace_BKSM_08092023_44,
81EagleRidgePlace_BKSM_08092023_45,
81EagleRidgePlace_BKSM_08092023_46,
81EagleRidgePlace_BKSM_08092023_37,
81EagleRidgePlace_BKSM_08092023_36,
81EagleRidgePlace_BKSM_08092023_35,
81EagleRidgePlace_BKSM_08092023_34,
81EagleRidgePlace_BKSM_08092023_33,
81EagleRidgePlace_BKSM_08092023_11,
81EagleRidgePlace_BKSM_08092023_12,
81EagleRidgePlace_BKSM_08092023_13,
81EagleRidgePlace_BKSM_08092023_14,
81EagleRidgePlace_BKSM_08092023_20,
81EagleRidgePlace_BKSM_08092023_22,
81EagleRidgePlace_BKSM_08092023_23,
2425Francisco_BKV_080923_001,
81EagleRidgePlace_BKSM_08092023_32,
2425Francisco_BKV_080923_003, 2425Francisco_BKV_080923_004,
2425Francisco_BKV_080923_005, 2425Francisco_BKV_080923_006,
81EagleRidgePlace_BKSM_08092023_24,
81EagleRidgePlace_BKSM_08092023_25,
81EagleRidgePlace_BKSM_08092023_26,
81EagleRidgePlace_BKSM_08092023_27,
81EagleRidgePlace_BKSM_08092023_30,
81EagleRidgePlace_BKSM_08092023_31,
2425Francisco_BKV_080923_002, 224Woodland_BKV_091623_017,
224Woodland_BKV_091623_018, 224Woodland_BKV_091623_019,
224Woodland_BKV_091623_020, 224Woodland_BKV_091623_021,
224Woodland_BKV_091623_022, 224Woodland_BKV_091623_023,
224Woodland_BKV_091623_024, 224Woodland_BKV_091623_002,
224Woodland_BKV_091623_003, 224Woodland_BKV_091623_004,
224Woodland_BKV_091623_005, 224Woodland_BKV_091623_013,
224Woodland_BKV_091623_001, 224Woodland_BKV_091623_014,
224Woodland_BKV_091623_015, 224Woodland_BKV_091623_016,
224Woodland_BKV_091623_009, 224Woodland_BKV_091623_025



**Published:** August 2023

- **Individual Photographs:** 224Woodland_BKV_091623_026, 224Woodland_BKV_091623_027, 224Woodland_BKV_091623_028, 224Woodland_BKV_091623_029, 224Woodland_BKV_091623_030, 224Woodland_BKV_091623_031, 224Woodland_BKV_091623_032, 224Woodland_BKV_091623_033, 224Woodland_BKV_091623_034, 224Woodland_BKV_091623_035, 224Woodland_BKV_091623_006, 224Woodland_BKV_091623_037, 224Woodland_BKV_091623_038, 224Woodland_BKV_091623_039, 224Woodland_BKV_091623_040, 224Woodland_BKV_091623_041, 224Woodland_BKV_091623_042, 224Woodland_BKV_091623_043, 224Woodland_BKV_091623_044, 224Woodland_BKV_091623_045, 224Woodland_BKV_091623_046, 224Woodland_BKV_091623_047, 224Woodland_BKV_091623_048, 224Woodland_BKV_091623_049, 224Woodland_BKV_091623_050, 224Woodland_BKV_091623_051, 224Woodland_BKV_091623_036, 224Woodland_BKV_091623_007, 224Woodland_BKV_091623_008, 224Woodland_BKV_091623_010, 224Woodland_BKV_091623_011, 224Woodland_BKV_091623_012, 23PresidioTerrace_BKV_082923_059, 23PresidioTerrace_BKV_082923_060, 23PresidioTerrace_BKV_082923_019, 23PresidioTerrace_BKV_082923_018, 23PresidioTerrace_BKV_082923_017, 23PresidioTerrace_BKV_082923_016, 23PresidioTerrace_BKV_082923_015, 23PresidioTerrace_BKV_082923_010, 23PresidioTerrace_BKV_082923_009, 23PresidioTerrace_BKV_082923_008, 23PresidioTerrace_BKV_082923_007, 23PresidioTerrace_BKV_082923_006, 23PresidioTerrace_BKV_082923_005, 23PresidioTerrace_BKV_082923_004, 23PresidioTerrace_BKV_082923_001, 23PresidioTerrace_BKV_082923_058, 23PresidioTerrace_BKV_082923_057, 23PresidioTerrace_BKV_082923_056, 23PresidioTerrace_BKV_082923_055, 23PresidioTerrace_BKV_082923_054, 23PresidioTerrace_BKV_082923_053, 23PresidioTerrace_BKV_082923_052, 23PresidioTerrace_BKV_082923_051, 23PresidioTerrace_BKV_082923_050, 23PresidioTerrace_BKV_082923_049, 23PresidioTerrace_BKV_082923_048, 23PresidioTerrace_BKV_082923_047, 23PresidioTerrace_BKV_082923_046, 23PresidioTerrace_BKV_082923_045

**Published:** August 2023

- **Individual Photographs:** 23PresidioTerrace_BKV_082923_044, 23PresidioTerrace_BKV_082923_043, 23PresidioTerrace_BKV_082923_042, 23PresidioTerrace_BKV_082923_041, 23PresidioTerrace_BKV_082923_036, 23PresidioTerrace_BKV_082923_037, 23PresidioTerrace_BKV_082923_038, 23PresidioTerrace_BKV_082923_039, 23PresidioTerrace_BKV_082923_040, 23PresidioTerrace_BKV_082923_014, 23PresidioTerrace_BKV_082923_013, 23PresidioTerrace_BKV_082923_012, 23PresidioTerrace_BKV_082923_011, 23PresidioTerrace_BKV_082923_002, 23PresidioTerrace_BKV_082923_003, 23PresidioTerrace_BKV_082923_020, 23PresidioTerrace_BKV_082923_021, 23PresidioTerrace_BKV_082923_022, 23PresidioTerrace_BKV_082923_023, 23PresidioTerrace_BKV_082923_024, 23PresidioTerrace_BKV_082923_025, 23PresidioTerrace_BKV_082923_026, 23PresidioTerrace_BKV_082923_027, 23PresidioTerrace_BKV_082923_028, 23PresidioTerrace_BKV_082923_029, 23PresidioTerrace_BKV_082923_030, 23PresidioTerrace_BKV_082923_031, 23PresidioTerrace_BKV_082923_032, 23PresidioTerrace_BKV_082923_033, 23PresidioTerrace_BKV_082923_034, 23PresidioTerrace_BKV_082923_035

**Published:** August 2023

- **Individual Photographs:** 7_7thAve_091123_BKV_017, 7_7thAve_091123_BKV_018, 7_7thAve_091123_BKV_019, 7_7thAve_091123_BKV_020, 7_7thAve_091123_BKV_021, 7_7thAve_091123_BKV_022, 7_7thAve_091123_BKV_023, 7_7thAve_091123_BKV_024, 7_7thAve_091123_BKV_025, 7_7thAve_091123_BKV_026,

7_7thAve_091123_BKV_027, 7_7thAve_091123_BKV_028,
7_7thAve_091123_BKV_029, 7_7thAve_091123_BKV_030,
7_7thAve_091123_BKV_031, 7_7thAve_091123_BKV_032,
7_7thAve_091123_BKV_033, 7_7thAve_091123_BKV_034,
7_7thAve_091123_BKV_035, 7_7thAve_091123_BKV_036,
7_7thAve_091123_BKV_037, 7_7thAve_091123_BKV_038,
7_7thAve_091123_BKV_039, 7_7thAve_091123_BKV_040,
7_7thAve_091123_BKV_001, 7_7thAve_091123_BKV_002,
7_7thAve_091123_BKV_003, 7_7thAve_091123_BKV_004,
7_7thAve_091123_BKV_005, 7_7thAve_091123_BKV_006,
7_7thAve_091123_BKV_007, 7_7thAve_091123_BKV_008,
7_7thAve_091123_BKV_009, 7_7thAve_091123_BKV_010,
7_7thAve_091123_BKV_011, 7_7thAve_091123_BKV_012,
7_7thAve_091123_BKV_013, 7_7thAve_091123_BKV_014,
7_7thAve_091123_BKV_015, 7_7thAve_091123_BKV_016

**Published:** September 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** June 26, 2023
**Latest Publication Date in Group:** September 11, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Brian James Kitts
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Brian James Kitts
1266 Oakshire Ct., Walnut Creek, CA, 94598, United States

## Rights and Permissions

**Name:** Brian James Kitts
**Email:** contact@briankittsvisuals.com
**Telephone:** (415)347-1255
**Address:** 1266 Oakshire Ct.
Walnut Creek, CA, 94598 United States

## Certification

**Name:** Joe G. Naylor



**Date**: September 21, 2023
**Applicant's Tracking Number**: USCO-09635

**Copyright Office notes:**      Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.